**Steven P. DelMauro, Esq. (email: sdelmauro@mdmc-law.com)**
**Colleen M. Duffy, Esq. (email: cduffy@mdmc-law.com)**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
**1300 Mount Kemble Avenue**
**P.O. Box 2075**
**Morristown, NJ 07962-2075**
**(973) 993-8100**
**(973) 425-0161 (fax)**
**Attorneys for Defendant, Principal Life Insurance Company**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RANJIT MITRA, M.D.,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**PRINCIPAL INSURANCE COMPANY,**<br><br>　　　　　**Defendant.** | **Civil Action No.:** |

**CIVIL ACTION – CERTIFICATE OF SERVICE**

On February 18, 2015, I served a true and accurate copy of the within Notice of Removal, Civil Cover Sheet, and this Certificate of Service, in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, District of New Jersey via Federal Express to:

> Clerk, Superior Court of New Jersey
> Union County Courthouse
> 2 Broad Street
> Elizabeth, New Jersey 07207

> Alex J. Keoskey, Esq.
> DeCotiis, Fitzpatrick & Cole, LLP
> Glenpointe Centre West
> 500 Frank W. Burr Boulevard
> Teaneck, New Jersey  07666
> Attorneys for Plaintiff, Ranjit Mitra, M.D.

I hereby certify that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  February 18, 2015                                     /s/ Colleen M. Duffy
                                                                                 Colleen M. Duffy, Esq.

2549827