**Colleen M. Duffy, Esq. (email: cduffy@mdmc-law.com)**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
**1300 Mount Kemble Avenue**
**P.O. Box 2075**
**Morristown, NJ 07962-2075**
**(973) 993-8100**
**(973) 425-0161 (fax)**
**Attorneys for Defendant, Principal Life Insurance Company**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **RANJIT MITRA, M.D.,** | **Civil Action No.:  15:cv:1259** |
| **Plaintiff,** | |
| **v.** | |
| **PRINCIPAL INSURANCE COMPANY,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Colleen M. Duffy, Esq. of the law firm MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP, 1300 Mount Kemble Avenue, P.O. Box 2075, Morristown, New Jersey 07962-2075, hereby enters her appearance as counsel for Defendant, Principal Life Insurance Company in the above-captioned matter.  Colleen M. Duffy certifies that she is admitted to practice in this Court.

Dated:  February 23, 2015

Respectfully submitted,

By:   /s/ Colleen M. Duffy
     Colleen M. Duffy
     Counsel for Defendant
     Principal Life Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2015, a copy of the foregoing Notice of Appearance of Colleen M. Duffy was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Colleen M. Duffy
Colleen M. Duffy, Esq.

2553459