**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>MARK FALK<br>UNITED STATES MAGISTRATE JUDGE | USPO & COURTHOUSE<br>1 FEDERAL SQ., ROOM 457<br>NEWARK, NJ 07101<br>(973) 645-3110 |

March 26, 2015

**LETTER ORDER**

Alex J. Keoskey, Esq.
DeCotiis, Fitzpatrick, et al.
500 Frank W. Burr Blvd.
Teaneck, NJ 07666

Coleen Mary Duffy, Esq.
Steven P. Del Mauro, Esq.
McElroy, Deutsch, Mulvaney, et al.
1300 Mount Kemble Avenue
Morristown, NJ 07962-2075

  Re: **Mitra v. Principal Insurance Company**
     **Civil Action No. 15-1259 (CCC)**

Dear Counsel:

  Please be advised that I am recused from this case. Magistrate Judge James B. Clark will be handling all Magistrate Judge responsibilities for this case.

  **SO ORDERED.**

               /s/   Mark Falk
               **MARK FALK**
               **United States Magistrate Judge**